**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LUIS GARCIA,**

      **Plaintiff,**

  **vs.**                            **Civil Action 2:05-CV-856
                                     Judge Smith
                                     Magistrate Judge King**

**STAYBRIDGE SUITES,** *et al.*,

      **Defendants.**

<u>**ORDER**</u>

      Plaintiff's motion for entry of default judgment as against defendant Aranda, which is in actuality a motion for entry of default under F.R. Civ. P. 55(a), is **GRANTED.**

      The Clerk is **DIRECTED** to enter the fact of this defendant's default.

      The issue of damages will await further development of the record.

                                                <u>s/George C. Smith</u>
                                        George C. Smith, Judge
                                    United States District Court